UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SCOTTSDALE INSURANCE COMPANY

VERSUS

COMMERCIAL TIRE OF LOUISIANA, INC.

CIVIL ACTION

NO. 15-392-JJB

**RULING AND ORDER**

This matter is before the court for review of the Magistrate Judge's Report and Recommendation dated March 22, 2016.

Having duly considered the Report and Recommendation, to which no objection has been timely filed, the court finds that the report should be approved and adopted.

Accordingly, the motion (doc. 28) by Commercial Tire to file an amended answer is hereby GRANTED in part as to the proposed addition of affirmative defenses and DENIED in part to the extent that it incorporates a third party demand against Gaffney and Regions Insurance and to the extent that it seeks to add an untimely jury demand. Mover shall file a pleading in conformity herewith within 5 days.

Signed in Baton Rouge, Louisiana, this 11th day of April, 2016.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA